134 A.3d 25

IN THE MATTER OF MICHAEL P. RAUSCH, AN ATTORNEY AT LAW (ATTORNEY NO. 053241994).

April 21, 2016.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–176, concluding that **MICHAEL P. RAUSCH** of **HADDONFIELD,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 8.4(b) (committing a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(d) (engaging in conduct prejudicial to the administration of justice);

And the Court this date having granted respondent's petition for review (R–4–15) in this matter, and having determined that the formal complaint filed in District Docket No. XIV–2010–0373E should be dismissed;

And good cause appearing;

It is ORDERED that the formal complaint in District Docket No. XIV–2010–0373E against **MICHAEL P. RAUSCH** is hereby dismissed.